# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT, LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1–1000,<br><br>                    Defendants. | Civ. Action No. 21-20252 (FLW)<br><br>**ORDER** |

    **THIS MATTER** comes before the Court upon a Motion to Withdraw Reference [ECF No. 1] (the "Motion") by Daniel M. Stolz, Esq., counsel for the Official Committee of Talc Claimants (the "Committee") in Adv. Pro. No. 21-03032 (MBK) (the "Adversary Proceeding"), pursuant to 28 U.S.C. § 157(d), Fed. R. Bankr. P. 5011, and L. Bankr. R. 5011-1; it appearing that LTL Management, LLC, by and through its counsel Paul R. DeFilippo, Esq., opposes the Motion [ECF No. 14]; it appearing that in light of various impending deadlines in the underlying bankruptcy proceedings, and the need to provide the parties and the Bankruptcy Court with certainty as to where these proceedings should proceed, the Court issues this Order denying the Motion; it appearing that an Opinion, setting forth the Court's reasons, will issue within approximately twenty days from the date of this Order; accordingly, the Court having considered the submissions of the parties pursuant to Federal Rule of Civil Procedure 78, and for good cause shown,

    **IT IS** on this 11th day of January, 2022:

    **ORDERED** that the Motion to Withdraw Reference is **DENIED**.

2

<u>/s/ Freda L. Wolfson</u><br>
Hon. Freda L. Wolfson<br>
U.S. Chief District Judge